AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Aldisert, Ruggero J. | 2. Court or Organization  Third Circuit | 3. Date of Report  07/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address  120 Cremona Drive Suite "D" Santa Barbara CA 93117-5511 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EmeritusTrustee | University of Pittsburgh |
| 2. Board of Visitors, Law School | University of Pittsburgh |
| 3. | |
| 4. | |
| 5. | |

2012 JUL 10 A 10: 09
RECEIVED
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Aldisert, Ruggero J. | 07/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 02/01/2011 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $5,048.48 |
| 2. 08/02/2011 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $453.73 |
| 3. 03/08/2011 | AuthorHouse (Publications Royalties) | $399.79 |
| 4. 06/07/2011 | AuthorHouse (Publications Royalties) | $344.90 |
| 5. 09/07/2011 | AuthorHouse (Publications Royalties) | $453.73 |
| 6. 12/06/2011 | AuthorHouse (Publications Royalties) | $520.17 |
| 7. 03/04/2011 | Thompson Reuters (Publications Royalties) | $518.16 |
| 8. 06/21/2011 | Yao Enterprises (Publications Royalties) | $104.02 |
| 9. 11/13/2011 | Yao Enterprises (Publications Royalties | $700.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 07/09/2012 |

3.

4.

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 07/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Santa Barbara Bank & Trust Co. | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. Mid Atlantic Fin. Mgt. | B | Dividend | O | T | | | | | |
| 5. ---Davis New York Venture | A | Dividend | J | T | | | | | |
| 6. ---Alliance Bernstein Balanced | A | Dividend | J | T | | | | | |
| 7. ---Growth Fund America Inc. | A | Dividend | J | T | | | | | |
| 8. ---Pimco Global Multi-Asset | A | Dividend | J | T | | | | | |
| 9. ---Columbia Acorn, class C | A | Dividend | J | T | | | | | |
| 10. ---Invesco VanKampen Comstock,Class C | A | Dividend | J | T | | | | | |
| 11. ---PIMCO Commodity Real Return | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MUTUAL FUNDS | | | | | | | | | |
| 19. Gabelli Asset | A | Dividend | K | T | | | | | |
| 20. Davis New York Venture | A | Dividend | K | T | | | | | |
| 21. Columbia Acorn Fund Cl A | A | Dividend | K | T | | | | | |
| 22. American Funds:.Growth Fund of America | A | Dividend | K | T | | | | | |
| 23. American Funds:Tax Exempt CA "F" | A | Interest | K | T | | | | | |
| 24. Royce Total Return | A | Dividend | J | T | | | | | |
| 25. First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 26. Alliance Bernstein Muni Income | A | Interest | | | Sold | 02/20/11 | K | | |
| 27. American Funds Fundamental Invs Inc F-1 | A | Dividend | K | T | | | | | |
| 28. Invesco Van Kampen Harbor | A | Dividend | | | Sold | 09/22/11 | J | C | |
| 29. Invesco VanKampen Comstock A | A | Dividend | K | T | | | | | |
| 30. Invesco Van Kampen High Yield Muni CA | A | Interest | L | T | | | | | |
| 31. Invesco Van Kampen Interm-Term (formerly Trdm)Muni | A | Interest | K | T | | | | | |
| 32. PIMCO Unconstrained Bond A | A | Interest | K | T | | | | | |
| 33. Alger Fund-Capital Appreciaton | A | Dividend | J | T | | | | | |
| 34. First Eagle Fund of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IVY Science & Tech Fd. | A | Dividend | J | T | | | | | |
| 36. Invesco Van Kampen Small Cap F. | A | Dividend | | | Sold | 02/20/11 | K | C | |
| 37. Alliance Berstein Hi-Income Muni Port A | A | Interest | J | T | Buy | 09/22/11 | J | | |
| 38. PIMCO Investment Grade Bond Cl A | A | Interest | J | T | Buy | 08/17/11 | J | | |
| 39. Invesco Van Kamden Convertible Securities Fund | A | Dividend | J | T | Buy | 02/20/11 | J | | |
| 40. Templeton Global Bond Class A | A | Interest | J | T | Buy | 08/01/11 | J | | |
| 41. Franklin Floating Rate Daily access, Class A | A | Interest | J | T | Buy | 08/01/11 | J | | |
| 42. | | | | | | | | | |
| 43. COMMON STOCKS | | | | | | | | | |
| 44. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 45. Bank of New York Melllon Corp | A | Dividend | K | T | | | | | |
| 46. General Electric | A | Dividend | K | T | | | | | |
| 47. Apple. Inc. | | None | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. INVESTMENT CLUB Mission Impossible Partners | C | Dividend | L | T | | | | | |
| 50. ---Apple,Inc | | | J | T | | | | | |
| 51. --Caterpillar Inc | A | Dividend | J | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Cliffs Nat Res Inc | | None | | | Sold | 02/12/11 | J | | |
| 53. ---Chevron Corp New | A | Dividend | | | Sold | 05/10/11 | J | | |
| 54. ---Costco Wholesale Corp | A | Dividend | J | | | | | | |
| 55. ---Deckers Outoor | A | Dividend | | | Sold | 05/10/11 | J | | |
| 56. ---Du Pont E I De Nemours | A | Dividend | | | Sold | 06/11/11 | J | | |
| 57. ---First TR Exchange (FDN) | A | Dividend | | | Sold | 06/11/11 | J | | |
| 58. ---Market Vectors (SSO) | A | Dividend | | | Sold | 10/11/11 | J | | |
| 59. ---Newmont Ming Corp | A | Dividend | | | Sold | 08/15/11 | J | | |
| 60. ---Proshares Ultra S&P 500 | A | Dividend | | | Sold | 10/02/11 | J | | |
| 61. ---Rio Tinto ADR | A | Dividend | | | Sold | 10/11/11 | J | | |
| 62. ---SPDR Gold Tr Gold | A | Dividend | | | Sold | 08/10/11 | J | | |
| 63. ---SPDR Ser Tr KBW | A | Dividend | | | Sold | 03/10/11 | J | | |
| 64. --Cummins Inc. | A | Dividend | J | | Buy | 11/09/11 | J | | |
| 65. ---SPDR Gold Tr Gold SHS | | None | J | | Buy | 08/10/11 | J | | |
| 66. ---Coca Cola Co | A | Dividend | J | | Buy | 06/11/11 | J | | |
| 67. --Marathon Oil Corp | A | Dividend | J | | Buy | 10/11/11 | J | | |
| 68. ---Microsoft Corp | A | Dividend | J | | Buy | 10/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. MONEY MARKET FUNDS | | | | | | | | | |
| 74. Fidelity Muni Money Market | A | Interest | L | T | | | | | |
| 75. FedFund Select Shares | A | Interest | J | T | | | | | |
| 76. Cantela & Co. Priviledged Access Gold Amt. | | None | | | Open | 01/3/11 | J | | |
| 77. | | | | | Redeemed | 01/30/11 | J | | |
| 78. | | | | | | | | | |
| 79. LIFE INSURANCE POLICIES | | | | | | | | | |
| 80. Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 81. Transarmerica Life Companies Whole Life | A | Dividend | K | T | | | | | |
| 82. Penn Mutuial Whole Life | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 07/09/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544